UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAD EDWARD KNOX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1737** |
| **JERRY LARPENTER, SHERIFF, ET AL.** | **SECTION: "E"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are dismissed and may not be asserted again until the *Heck* conditions are met.

New Orleans, Louisiana, this 15th day of September, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**